1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID L. BONUCCELLI and DAVID L.          Case No. 2:20-CV-01553-KJM-CKD
     BONUCCELLI & ASSOCIATES, INC.,
12                                              **ORDER MODIFYING DATES AND**
                 Plaintiffs,                    **SETTING SETTLEMENT CONFERENCE**
13
            v.
14
     MHR LEWIS (US) LLC, a law firm;
15   PATRICK J. MCHUGH, an individual; ERIK
     A. BERGMAN, an individual,
16
                 Defendants.
17

18                                      **ORDER**

19

20       On the stipulation of the parties and for good cause shown, the court orders as follows:

21       1.  All scheduling dates are continued as follows, with all other provisions of the court's

22           prior scheduling order remaining in effect: fact discovery shall be completed by

23           10/24/2022; expert disclosures shall be completed by 11/15/2022; rebuttal expert

24           witnesses shall be exchanged by 12/12/2022; all expert discovery shall be completed by

25           1/16/2023; and all dispositive motions, except for motions for continuances, temporary

26           restraining orders or other emergency applications, shall be heard by 03/31/2023;

27       2.  A Settlement Conference is set for 6/10/2022 at 9:30 a.m. to proceed via Zoom before

28           Magistrate Judge Carolyn K. Delaney.  The parties are instructed to have a principal with

full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms.  The individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate.  The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the face to face conference.  An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle.  The parties are directed to submit confidential settlement conference statements to the court using the following email address: ckdorders@caed.uscourts.gov.  If a party desires to share additional confidential information with the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).  Such statements are due at least 7 days prior to the Settlement Conference.  Upon submission of confidential settlement statements, each party shall file on the docket a "Notice of Submission of Settlement Conference Statement;

3. The Parties have not admitted any factual allegation or legal conclusion and do not waive any other rights, defenses, arguments, affirmative defenses, or objections by entering into this Stipulation; and

4. This Order is without prejudice to any further stipulation as may be warranted under the circumstances and for good cause shown.

IT IS SO ORDERED.

Dated:  May 10, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

2